

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/12/2019 01:45 PM

COURTROOM   6D, 6th Floor

## HONORABLE CYNTHIA JACKSON

CASE NUMBER:                                   FILING DATE:

**6:18-bk-07259-CCJ          7          11/21/2018**

**Chapter 7**

**DEBTOR:**        Deborah Allard

**DEBTOR ATTY:**   **Melissa Peat**

**TRUSTEE:**       **Marie E. Henkel**

**HEARING:**

Motion by US Bank for Relief from Stay Re: 9 Nipmuc Trail Unit:
A North Providence, Rhode Island 02904 (Doc #6)
Response by Trustee (Doc #11)
Note: Prior Case(s):   08-13021, Chapter 7 filed in Rhode Island
Bankruptcy Court on 09/29/2008 , Standard Discharge on
12/30/2008

**APPEARANCES:**: Kristen Henkel: Trustee Atty; Lorne Durket: U.S. Bank Atty

**RULING:** Motion by US Bank for Relief from Stay Re: 9 Nipmuc Trail Unit:
A North Providence, Rhode Island 02904   (Doc #6) - GRANTED.   STAY LIFTED 60 DAYS FROM MARCH 12. 2019; ORDER
BY U.S. BANK .    (WC)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders
not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket
entry/document is not an official order of the Court.